# MEMORANDA OF CASES
## NOT REPORTED IN FULL.

### CATHERINE MISSETT *vs.* MARY WEIDEMANN ET AL.

First Judicial District.

Argued October 6th, 1898—decided January 3d, 1899.

WRIT of error to review a judgment of the Court of Common Pleas for Hartford County, brought to the Supreme Court of Errors held at Hartford within and for the first judicial district on the first Tuesday of October, 1898, and heard upon the plaintiff's demurrer to a plea in abatement filed by the defendant. *Demurrer sustained and plea in abatement overruled.*

*Frank L. Hungerford*, for the plaintiff (in support of the demurrer).

*Epaphroditus Peck*, for the defendant (in opposition to the demurrer).

Subsequently the parties filed a written stipulation, pursuant to which the judgment of the Court of Common Pleas was reversed and the cause remanded to be proceeded with to final judgment.